ORIGINAL FILED

2017 AUG 18 AM 9:57 PC

U.S. BANKRUPTCY COURT
SAVANNAH, GA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE:<br>**RETANZA NATEA BURKE**<br>  Debtor. | )<br>)<br>)<br>) | **CHAPTER 7**<br>**CASE NO. 16-40289-EJC** |
| **ANTHONY MCCLARN,**<br>  Plaintiff,<br>v.<br>**RETANZA NATEA BURKE,**<br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ADVERSARY PROCEEDING**<br>**NO. _____** |

## ADVERSARY PROCEEDING/COMPLAINT

COMES NOW Plaintiff, Anthony McClarn, and respectfully shows the Court the following:

### JURISDICTION AND VENUE

1.

Defendant filed for relief under 11 U.S.C. Chapter 7 at which time Benjamin R. Roach was appointed Trustee.

2.

This Adversary proceeding arises out of and relates to Case No. 16-40289-EJC.

3.

The Court has jurisdiction over the adversary proceeding, 28 U.S.C. §157(a).

4.

This is a core proceeding pursuant to 28 U.S.C. § 157(b).

5.

Venue of this adversary proceeding is proper in this court pursuant to 28 U.S.C. §§1408 and 1409.

## I. IDENTIFICATION OF PARTIES

Plaintiff Anthony McClarn (hereinafter "Mr. McClarn") is a resident of Henry county and resides at 736 Peninsula Overlook, Hampton, Georgia 30228.

Defendant Retanza Natea Burke (hereinafter "Ms. Burke") is a resident of Chatham County, Georgia.

## II. INTRODUCTION

Ms. Burke failed to yield the right of way while making a left turn. Instead of stopping and rendering assistance to Mr. McClarn, Ms. Burke fled the scene of the collision. Ms. Burke's insurance carrier tendered her policy limits of $25,000.00 and Mr. McClarn initiated action against her under his uninsured motorist coverage. Ms. Burke now seeks to discharge her debt by filing for bankruptcy under Chapter 7 of U.S. Bankruptcy Code.

## III. OPERATIVE FACTS

6.

On or about May 15, 2014, Mr. McClarn was the driver of a vehicle that was struck and substantially damaged by Ms. Burke, who failed to yield the right of way while turning left. As a result of the collision, Mr. McClarn was seriously injured. (See Amended Complaint attached hereto as Exhibit "A".)

7.

At all relevant times, Ms. Burke owed certain civil duties to Mr. McClarn, and not withstanding those duties, Ms. Burke did violate them in the following particulars:

a) In driving her vehicle in reckless disregard for the safety of persons and property in violation of O.C.G.A. §40-6-390;

b) In failing to yield the right of way while turning left in violation of O.C.G.A. §40-6-71;

c) In leaving the scene of the collision and failing to render assistance in violation of O.C.G.A. §40-6-270;

d) In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

(Id.)

8.

Following the collision with Mr. McClarn, Ms. Burke intentionally left the scene without attempting to render assistance to Mr. McClarn. (Id.)

9.

As a result of Ms. Burke's willful, wanton and intentional actions, Mr. McClarn is entitled to an award of punitive damages. (Id.)

## IV. RELIEF SOUGHT

As a direct and proximate result of Ms. Burke fleeing the scene of the collision and intentionally failing to offer or render assistance to Mr. McClarn, such conduct resulted in a

willful and malicious injury to Mr. McClarn which precludes Ms. Burke from discharging her prepetition debt to Mr. McClarn pursuant to 11 U.S.C. 523(a)(6).

WHEREFORE, Mr. McClarn demands judgment/relief as follows:

(a)     Ms. Burke's prepetition debt be declared non-dischargeable;

(b)     Mr. McClarn be awarded attorney's fees and fees and expenses of litigation; and

(c)     Such other and further relief as the Court may deem just and proper.

This 17th day of August, 2017.

Respectfully submitted,
THE BASKIN LAW GROUP, P.C.

_____
Michael A. Baskin
Georgia Bar No. 041052
Attorneys for Anthony McClarn

Peachtree Center North Tower
235 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30303
Telephone: (404) 880-4156
Facsimile: (404) 880-4154
Email: mbaskin@baskinlg.com

# EXHIBIT "A"

# IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA



2016 JUL 28 AM 11:06

| | |
|---|---|
| ANTHONY MCCLARN, | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) FILE NO.: STCV1600698 |
| v. | ) |
| RETANZA BURKE, | ) |
| Defendant. | ) PLAINTIFF'S FIRST |
| | ) AMENDED COMPLAINT |

COMES NOW ANTHONY MCCLARN, Plaintiff in the above-styled action and amends Paragraph 9 (Damages) of his Complaint pursuant to O.C.G.A § 9-11-15 and shows the Court as follows:

## JURISDICTION AND VENUE

**1.**

This Court has subject matter jurisdiction in this case and personal jurisdiction over the Defendant since she is a resident of Fulton County. Venue is proper in this county and court since the Defendant resides in Fulton County.

## PARTIES

**2.**

### Plaintiff

Plaintiff is a resident of DeKalb County, residing at 4038 Boulder Vista Drive, Conley, Georgia 30288.

### Defendant

The Defendant may be served at her residence, 2285 Metropolitan Parkway SW, Atlanta, Georgia.

EXHIBIT "A"

## **NEGLIGENCE**

3.

Plaintiff re-alleges and incorporates herein by reference Paragraphs 1 through 2 above, as if re-stated verbatim.

4.

On or about May 15, 2014, Anthony McClarn was the driver of a vehicle that was struck and substantially damaged by Defendant, who failed to yield the right of way while turning left. As a result of the collision, Plaintiff was injured.

5.

At all relevant times, Defendant owed certain civil duties to Plaintiff, and not withstanding those duties, Defendant did violate them in the following particulars:

a) In driving her vehicle in reckless disregard for the safety of persons and property in violation of O.C.G.A. §40-6-390;

b) In failing to yield the right of way while turning left in violation of O.C.G.A. §40-6-71;

c) In leaving the scene of the collision and failing to render assistance in violation of O.C.G.A. §40-6-270;

d) In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

## **PUNITIVE DAMAGES**

6.

Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 5, above, as if re-stated verbatim.

7.

Following the collision with Plaintiff, Defendant left the scene. Plaintiff followed Defendant and located her vehicle, whereupon Plaintiff blocked Defendant's exit until the police arrived.

8.

As a result of Defendant's willful actions, Plaintiff is entitled to an award of punitive damages.

## **DAMAGES**

9.

Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 6 above, as if re-stated verbatim.

10.

As a direct and proximate result of Defendant's negligence, Plaintiff is entitled to an award of special damages for past and future medical expenses in an amount to be shown at trial, expenses for child care, lawn and maintenance expenses, lost wages in an amount to be proven at trial; and general damages and punitive damages in an amount to be determined by a jury of Plaintiff's peers.

WHEREFORE, Plaintiff prays for a TRIAL BY A JURY OF TWELVE, that summons issue, that judgment be entered in favor of Plaintiff and against Defendant, and that the following relief be granted:

a) That Plaintiff be awarded special damages in an amount proven at trial, and that Plaintiff be awarded general and punitive damages in an amount to be determined by a jury of Plaintiff's peers, all in an amount in excess of Twenty-five Thousand Dollars ($25,000.00);

b) That the cost of this action be levied against Defendant; and

c) That Plaintiff be awarded such other and further relief as the Court deems just and proper.

This 25th day of July, 2016.

Respectfully submitted,
THE BASKIN LAW GROUP, P.C.

_____
Michael A. Baskin
Georgia Bar No. 041052
Attorneys for Plaintiff

Peachtree Center North Tower
235 Peachtree Street, N.E.
Suite 400
Atlanta, Georgia 30303
Telephone: (404) 880-4156
Email: mbaskin@baskinlg.com

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANTHONY MCCLARN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO.: STCV1600698 |
| v. ) | |
| ) | |
| RETANZA BURKE, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of **PLAINTIFF'S FIRST AMENDED COMPLAINT** by depositing in the United States Mail a copy of the same in a properly addressed envelope to:

G. Mason White, Esq.
Brennan, Harris, & Rominger LLP
Post Office Box 2784
Savannah, Georgia 31402

This 25th day of July, 2016.

Respectfully submitted,
THE BASKIN LAW GROUP, P.C.

Michael A. Baskin
Georgia Bar No. 041052
Attorney for Plaintiff

Peachtree Center North Tower
235 Peachtree Street, N.E.
Suite 400
Atlanta, Georgia 30303
Telephone: (404) 880-4156
Email: mbaskin@baskinlg.com

-5-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE:<br>RETANZA NATEA BURKE<br>      Debtor. | )<br>)<br>)<br>) | CHAPTER 7<br>CASE NO. 16-40289-EJC |
| ANTHONY MCCLARN,<br>      Plaintiff,<br>v.<br>RETANZA NATEA BURKE,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ADVERSARY PROCEEDING<br>NO. _____ |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following parties with a copy of the foregoing *ADVERSARY PROCEEDING/COMPLAINT* by placing a copy of the same in the United States Mail properly addressed with sufficient postage affixed thereon to the following:

Shari Lee Smith, Esq.
586 West Oglethorpe Highway
Hinesville, Georgia 31313

Benjamin R. Raoch
Capter 7 Trustee
423 Bull Street
Savannah, Georgia 31401

Forest Recovery Services, LLC
ATTN: Officer or Agent
P.O. Box 83
Barrington, IL 60010-0083

Beverly G. O'Hearn, Esq.
LUEDER, LARKIN & HUNTER, LLC
7 E. Congress Street, Suite 712
Savannah, Georgia 31401

Matthew E. Mills
Assistant United States Trustee
Johnson Square Business Center
2 East Bryan Street, Ste. 725
Savannah, Georgia 31401

Security Associates of Coastal Georgia
ATTN: Officer or Agent
1900 Lincoln Street
Savannah, Georgia 31404

G. Mason White, Esq.
Brennan, Harris & Rominger LLP
Post Office Box 2784
Savannah, Georgia 31402

This 17th day of August, 2017.

                    Respectfully submitted,
                    THE BASKIN LAW GROUP, P.C.

                    Michael A. Baskin
                    Georgia Bar No. 041052
                    Attorneys for Anthony McClarn

Peachtree Center North Tower
235 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30303
Telephone: (404) 880-4156
Facsimile: (404) 880-4154
Email: mbaskin@baskinlg.com



**The Baskin Law Group, P.C.**
*A Team of Focused and Caring Legal Professionals*

2017 AUG 18 AM 9: 57
U.S. BANKRUPTCY COURT
SAVANNAH, GA

FILED

August 17, 2017

**VIA FEDERAL EXPRESS**
United States Bankruptcy Court
ATTN: Clerk of Court
125 Bull Street
Savannah, Georgia 31401

RE: In Re: Retanza Burke, Chapter 7 Case No. 16-40289-EJC

Dear Sir/Madam:

Enclosed please find the original and two (2) copies of the *Adversary Proceeding/Complaint* for filing in the above-referenced matter. Please return a copy of the document stamped "filed" to the undersigned in the enclosed self-addressed stamped envelope.

Thank you for your assistance with this matter.

Sincerely,
THE BASKIN LAW GROUP, P.C.

Tanishia M. Grimes
Paralegal to Michael A. Baskin, Sr.

/tmg
Enclosures

---

235 Peachtree Street NE Suite 400 • Atlanta, GA 30303-1400 ☎ (404) 880-4156 📠 (404) 880-4154 🌐 www.baskinlawgroup.com

**BLG** The Baskin Law Group PC
Peachtree Center North Tower
235 Peachtree St NE Suite 400
Atlanta, GA 30303-1400

United States Bankruptcy Court
ATTN: Clerk of Court
125 Bull Street
Savannah, Georgia 31401



earthsmart

FedEx carbon-neutral envelope shipping

ORIGIN ID:ATLA (404) 980-4156
THE BASKIN LAW GROUP PC
PEACHTREE CENTER NORTH TOWER
235 PEACHTREE ST NE STE 400

ATLANTA, GA 30303
UNITED STATES US

SHIP DATE: 17AUG17
ACTWGT: 0.60 LB
CAD: 6992280/SSF01802

BILL CREDIT CARD

TO **UNITED STATES BANKRUPTCY COURT**
**ATTN: CLERK OF COURT**
**125 BULL STREET**

**SAVANNAH GA 31401**
(000) 000-0000              REF:
INV:
PO:                         DEPT:



FedEx
Express

E

TRK# 7700 4221 5640
0201

FRI – 18 AUG 10:30A
PRIORITY OVERNIGHT

**XX SAVA**          31401
                 GA-US  SAV