# In the United States Bankruptcy Court
## for the
### Southern District of Georgia
#### Savannah Division

**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
*By ledenfield at 9:27 am, Jan 18, 2018*

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RETANZA NATEA BURKE, | ) | Number 16-40289-EJC |
| | ) | |
| *Debtor.* | ) | |

|  |  |  |
|---|---|---|
| ANTHONY McCLARN, | ) | |
| | ) | |
| *Plaintiff,* | ) | Adversary |
| | ) | |
| v. | ) | Number 17-04035-EJC |
| | ) | |
| RETANZA NATEA BURKE, | ) | |
| | ) | |
| *Defendant.* | ) | |

## ORDER DISMISSING ADVERSARY PROCEEDING

On August 18, 2017, Anthony McClarn (the "Plaintiff") filed the instant adversary proceeding against Retanza Natea Burke (the "Debtor"), seeking to have the Debtor's prepetition debt arising out of an automobile accident declared nondischargeable pursuant to 11 U.S.C. § 523(a)(6). (Adv. Dckt. 1). On August 21, 2017, the Clerk issued a notice instructing the Plaintiff to cure a number of deficiencies in his filing, including his failure to pay the $350.00 filing fee. (Adv. Dckt. 2). On September 25, 2017, the Clerk scheduled a show cause hearing on the Plaintiff's failure to cure these deficiencies. (Adv. Dckt. 9). On October 26, 2017, the Plaintiff voluntarily dismissed the adversary proceeding. (Adv. Dckt. 13). Neither the Plaintiff nor his counsel appeared at the show cause hearing on

◥AO 72A
(Rev. 8/82)

October 30, 2017. On December 8, 2017, the Court directed the Plaintiff to pay the $350.00

filing fee. (Adv. Dckt. 15). The Plaintiff paid the filing fee on December 21, 2017. Pursuant

to Federal Rule of Civil Procedure 41(a)(1), made applicable to adversary proceedings by

Federal Rule of Bankruptcy Procedure 7041, it is ORDERED that this adversary proceeding

is DISMISSED WITHOUT PREJUDICE.


Dated at Savannah, Georgia, this 17th day of January, 2018.

Edward J. Coleman, III, Chief Judge
United States Bankruptcy Court
Southern District of Georgia